IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dickson Jr, Congress | Case Number: 04 B 23683 |
|---|---|---|
| | Dickson, Phyllis D | Judge: Hollis, Pamela S |
| | Printed: 01/22/09 | Filed: 6/23/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Completed: December 12, 2008
Confirmed: August 16, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 51,850.00 | |
| Secured: | | 45,688.25 |
| Unsecured: | | 1,148.95 |
| Priority: | | 0.00 |
| Administrative: | | 694.00 |
| Trustee Fee: | | 2,714.52 |
| Other Funds: | | 1,604.28 |
| Totals: | 51,850.00 | 51,850.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Christine R Piesiecki | Administrative | 694.00 | 694.00 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | Rogers & Hollands Jewelers | Secured | 0.00 | 0.00 |
| 4. | America's Servicing Co | Secured | 12,679.58 | 12,679.58 |
| 5. | Banco Popular N America | Secured | 32,383.67 | 32,383.67 |
| 6. | HomEq Servicing Corp | Secured | 625.00 | 625.00 |
| 7. | America's Servicing Co | Unsecured | 0.00 | 0.00 |
| 8. | America's Servicing Co | Unsecured | 350.00 | 350.00 |
| 9. | America's Servicing Co | Unsecured | 500.00 | 500.00 |
| 10. | Capital One | Unsecured | 1,347.25 | 0.00 |
| 11. | Banco Popular N America | Unsecured | 298.95 | 298.95 |
| 12. | General Motors Acceptance Corp | Unsecured | | No Claim Filed |
| | | | $ 48,878.45 | $ 47,531.20 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 545.12 |
| 4% | 125.47 |
| 3% | 94.93 |
| 5.5% | 547.27 |
| 5% | 159.36 |
| 4.8% | 302.39 |
| 5.4% | 907.27 |
| 6.6% | 32.71 |
| | $ 2,714.52 |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dickson Jr, Congress | Case Number:  04 B 23683 |
| Dickson, Phyllis D | Judge:  Hollis, Pamela S |
| Printed: 01/22/09 | Filed:  6/23/04 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                              Marilyn O. Marshall, Trustee, by:

